# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MERINO LORETO,<br><br>          Plaintiff,<br><br>vs.<br><br>TONY WEEKLY, JR., BOHREN LOGISTICS, INC., an Indiana corporation; INTERSTATE HIGHWAY CONSTRUCTION, INC., and D.P. SAWYER, INC.,<br><br>          Defendants. | 7:18CV5004<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Susan M. Bazis, ECF No. 30, recommending that this case be remanded to the District Court for Keith County, Nebraska. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 30, are adopted in their entirety;

2. The Motion to Remand, ECF No. 28, filed by Plaintiff Morino Loreto, is granted; and

3. The above-captioned case is remanded to the District Court for Keith County, Nebraska.

Dated this 5th day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge